United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 24, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

————————————

No. 06-30857
Summary Calendar

————————————

CAROLYN ANDERSON,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF
SOCIAL SECURITY,

Defendant-Appellee.

————————————————————————————————————

Appeal from the United States District Court
for the Western District of Louisiana, Lake Charles
USDC No. 2:05-CV-546

————————————————————————————————————

Before REAVLEY, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Magistrate Judge Wilson in his report of May 12, 2006 and affirmed by the district

court.

AFFIRMED.